Official Form 417A (12/15)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But as Trustee of ARLP Trust 3

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) ________

For appeals in a bankruptcy case and not in an adversary proceeding.

- ☐ Debtor
- ☒ Creditor
- ☐ Trustee
- ☐ Other (describe) ________

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Disallowing Claim 7-1

2. State the date on which the judgment, order, or decree was entered: October 19, 2016

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Charice M. Phillips Attorney: Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60085
(847)564-0808

2. Party: ________ Attorney: ________

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/Lesley Lueke

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: November 1, 2016

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Lesley D. Lueke
4375 Jutland Drive
San Diego, CA 92117
(619)326-2457

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF APPEAL AND STATEMENT OF ELECTION was served on November 1, 2016. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Charice M. Phillips
847 Madison
Oak Park, IL 60302

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065
paul@bachoffices.com

Penelope N. Bach
Bach Law Offices
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
pnbach@bachoffices.com

Mohammed O. Badwan
Sulaiman Law Group, Ltd.
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523
adwan@sulaimanlaw.com

Ahamad T. Sulaiman
Sulaiman Law Group, Ltd.
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523

United States Trustee
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Honorable Janet S. Baer
219 South Dearborn Street
Chambers 662
Chicago, IL 60604

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2016

*<u>/s/ Meliza Martinez-Meza</u>*

MELIZA MARTINEZ-MEZA
ALDRIDGE PITE, LLP
4375 Jutland Dr., Suite 200
P.O. Box 17933
San Diego, CA 92117-0933
Telephone: (619) 750-7600

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Charice M. Phillips

Case Number: 16-03455

Notice of Appeal

Certificate of Mailing

I, Maribel Gonzalez state that on 11/02/2016, a copy of the Notice of Appeal, docket entry: 76 was served on all parties identified as Registrants on the Court's Electronic Notice for Registrants.

Registrants Served Through the Court's Electronic Notice:

See attached page

For other recipients, a copy was served via First Class Mail on: 11/2/2016.

Parties Served via First Class Mail:

Ahamad T. Sulaiman on behalf of Debtor 1 Charice M. Phillips
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523

Jeffrey P. Allsteadt, Clerk
U.S. Bankruptcy Court

Date

Deputy Clerk

**16-03455 Notice will be electronically mailed to:**

Paul M Bach on behalf of Debtor 1 Charice M. Phillips
paul@bachoffices.com, pnbach@bachoffices.com;bachecf@gmail.com

Penelope N Bach on behalf of Debtor 1 Charice M. Phillips
pnbach@bachoffices.com, ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNo

Penelope N Bach on behalf of Debtor 1 Charice M. Phillips
pnbach@bachoffices.com, bachecf@gmail.com;paul@bachoffices.com

Mohammed O Badwan on behalf of Debtor 1 Charice M. Phillips
mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Lesley D Lueke on behalf of Creditor Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
bkecfinbox@aldridgepite.com, llueke@ecf.inforuptcy.com

Andrew J Nelson on behalf of Creditor Select Portfolio Servicing, Inc. , as servicing agent for Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-80CB, Mortgage Pa
anelson@atty-pierce.com, northerndistrict@atty-pierce.com

Lauren Newman on behalf of Creditor Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
lnewman@thompsoncoburn.com, jhampton@thompsoncoburn.com

Todd J Ruchman on behalf of Creditor Christiana Trust
amps@manleydeas.com

Gregory K Stern on behalf of Creditor Gregory K. Stern, PC
gstern1@flash.net, steve_horvath@ilnb.uscourts.gov

Toni Townsend on behalf of Creditor Select Portfolio Servicing, Inc. , as servicing agent for Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-80CB, Mortgage Pa
toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com